**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TED DAHL,** | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. ___________** |
| **v.** | § | **(JURY DEMANDED)** |
| | § | |
| **VILLAGE OF SURFSIDE BEACH,** | § | |
| **Defendant.** | § | |

**VILLAGE OF SURFSIDE BEACH'S NOTICE OF REMOVAL**

The Village of Surfside Beach (the ñVillageò), defendant in this civil action, files this notice of removal pursuant to 28 U.S.C. ÄÄ 1441(a) and 1446(a) and (b).

**I. IDENTITY OF STATE COURT ACTION BEING REMOVED**

**1.** The civil action being removed was initiated in the 239th District Court of Brazoria County, Texas, and was assigned docket number 107599-CV.

**II. BASIS FOR REMOVAL**

**2.** The Village is entitled to remove this case to this Court pursuant to 28 U.S.C. ÄÄ 1331, 1441 and 1446 because this is a civil action involving claims arising under the Constitution, laws, or treaties of the United States. On May 6, 2020, Plaintiff, Ted Dahl, commenced this action by filing an Original Petition, Application for Temporary Restraining Order, Temporary and Permanent Injunction, and Request for Declaratory Relief (ñOriginal Petitionò) in the 239th District Court of Brazoria County, Texas. Dahl alleges, inter alia, that the Villageôs Ordinance ñNo. 2019-11-01 is preempted by federal law, and more specifically, the Clean Water Act and the regulations adopted pursuant to the

Clean Water Actò and that ñOrdinance No. 2019-11-01 violates Article 6, Clause 2 of the United Statesò Constitution.[1] (Plaintiffôs Original Petition, ÆÆ 5 and 6.)

## III. JURISDICTION

**3.** This Court has original jurisdiction of this action under 28 U.S.C. ÄÄ 1331, 1343 and 1441 because Dahl has alleged violations of the United States Constitution and asserted claims for recovery under federal law.

## IV. VENUE

**4.** Venue is proper in the Southern District of Texas, Galveston Division, pursuant to 28 U.S.C. Ä 1441(a) and 1446(a) because the state court action is pending in Brazoria County, Texas, which is within this judicial district and division.

## V. THE CITY HAS COMPLIED WITH THE REQUIREMENTS FOR REMOVAL

**5.** This Notice of Removal is timely filed pursuant to 28 U.S.C. Ä 1446(b). The City was served with the Petition in the state court proceedings on May 12, 2020. This notice of removal is being filed within thirty days of receipt of the initial pleading.

## VI. STATE COURT PROCESS, PLEADINGS AND ORDERS

**6.** The City will give notice of filing of this notice of removal to all parties of record pursuant to 28 U.S.C. Ä 1446(d). The City will also file with the

---

[1] The Village presumes that the reference to the ñUnited States Supreme Courtò in Plaintiffôs Original Petition is to the ñUnited States Constitutionò and that this reference is to the Supremacy Clause of the Constitution of the United States. Ordinance 2019-11-01 has been codified as Section 12-5 of the Village of Surfside Code of Ordinances.

clerk of the state court, and will serve upon Dahlôs counsel, a notice of the filing of this notice of removal.

**7.** The City has attached to this notice of removal copies of: (a) all executed process; (b) the state court pleadings; (c) all orders signed by the state court judge; (d) the state court docket sheet; (e) an index of matters being filed; and (f) a list of all counsel of record, as required by 28 U.S.C. Ä 446(a) and Local Rule 81 of the United States District Court, Southern District of Texas.

**8.** As of the filing of this notice of removal, no other defendants have been ñproperly joined and served,ò and, therefore, the City is not required to obtain consent to the removal of this action from other defendants pursuant to 28 U.S.C. Ä 1446(b)(2)(A).

## VII. JURY DEMAND

**9.** Dahl has included a jury demand in its petition in the state court action.

## VIII. EXHIBITS

**10.** Pursuant to Rule CV-81 of the Local Civil Rules for the Southern District of Texas, the following documents are attached to this notice of removal as corresponding lettered exhibits:

**Exhibit A** Index of Matters Being Filed ï (with the referenced state court documents attached and labeled as Exhibits A-1, et seq.)

**Exhibit B** A list of all counsel of record

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: /s/ Andrea Chan
Andrea Chan
Southern District ID No. 14940
State Bar No. 04086600
achan@olsonllp.com
Allison S. Killian
Southern District ID No. 3203322
State Bar No. 24099785
akillian@olsonllp.com
2727 Allen Parkway, Suite 600
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

**Attorney for Defendant, Village of Surfside Beach**

## CERTIFICATE OF SERVICE

I certify that on the 11th day of June, 2020, a copy of *Village of Surfside Beach's Notice of Removal* was electronically filed and served on counsel of record listed below using the Courtôs EF/CM system pursuant to Federal Rule of Civil Procedure 5 and United States District Court for the Southern District of Texas Local Rule 5:

Timothy A. Hootman
2402 Pease
Houston, Texas 77003
thootman2000@yahoo.com
Attorney for Plaintiff, Ted Dahl

*/s/ Andrea Chan*
Andrea Chan

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TED DAHL,** | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.** |
| **v.** | § | **____________** |
| | § | **(JURY DEMANDED)** |
| **VILLAGE OF SURFSIDE BEACH,** | § | |
| **Defendant.** | § | |
| | § | |

**INDEX OF MATTERS BEING FILED**

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| A-1 | | Docket Sheet for Cause No. 107599-CV; *Ted Dahl v. Village of Surfside Beach*; in the 239th District Court of Brazoria County, Texas |
| A-2 | 04/09/2020 | Plaintiffȇs Original Petition |
| A-3 | 04/30/2020 | Process Request Form |
| A-4 | 05/06/2020 | Email re: service |
| A-5 | 05/19/2020 | Return of Service |
| A-6 | 06/08/2020 | Answer And Request For Disclosures of Defendant Village Of Surfside Beach |

**EXHIBIT A-1**

# CIVIL DOCKET - CAUSE NO. 107599-CV

## 239th District Court

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| **Ted Dahl**<br>**vs.**<br>**Village of Surfside Beach** | TIMOTHY ANDREW HOOTMAN<br><br>-Def Atty | **Other Civil** | 04/09/2020<br>Jury Fee Paid: $<br>Paid by:<br>Date: |

| DATE | ORDERS |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Docket sheet front

Unofficial Copy

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back Location : All Courts Help

# REGISTER OF ACTIONS
## CASE NO. 107599-CV

**Ted Dahl vs. Village of Surfside Beach** § § § § §

Case Type: **Other Civil**
Date Filed: **04/09/2020**
Location: **239th District Court**

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Village of Surfside Beach** | **Andrea Chan**<br>*Retained*<br>713-533-3800(W) |
| **Plaintiff** | **Dahl, Ted** | **Timothy Andrew Hootman**<br>*Retained*<br>713-247-9548(W) |

## EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 04/09/2020 | **Original Petition (1-10 Plaintiffs) (OCA)** | | |
| 04/09/2020 | **Docket Sheet** | | |
| 04/30/2020 | **Request** | | |
| 05/06/2020 | **Citation** | | |
| | Village of Surfside Beach | Served | 05/12/2020 |
| 05/19/2020 | **Service Returned** | | |
| 06/08/2020 | **Answer** | | |

**EXHIBIT A-2**

Filed for Record
4/9/2020 5:53 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
107599-CV
Brandi Anderson, Deputy

NO. 107599-CV

| | | |
|---|---|---|
| TED DAHL | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| VILLAGE OF SURFSIDE BEACH | § | ______ JUDICIAL DISTRICT |

# PLAINTIFF'S ORIGINAL PETITION

TO THE COURT:

Plaintiff, Ted Dahl, files this original petition against defendant, Village of Surfside Beach, and shows:

## I.

## Discovery

1. Pursuant to Texas Rules of Civil Procedure, plaintiff alleges that discovery is intended to be conducted under level 2 of Rule 190.1.

## II.

## Parties

2. Plaintiff, Ted Dahl, an individual, lives in Brazoria County, Texas.

3. Defendant, Village of Surfside Beach, a municipality recognized by the laws of the State of Texas, may be served through its City Secretary, Amanda Davenport, at 1304 Monument Drive, Surfside Beach, Texas 77541-9522.

## III.

## Jurisdiction and Venue

4. The Court has jurisdiction to hear this case pursuant to sections 15.001,

Unofficial Copy

15.011, and 15.035 of the Civil Practice and Remedies Code because (1) all events giving rise to this claim occurred in Brazoria County, Texas, and (2) the real property the subject of this lawsuit is located in Brazoria County, Texas.

**IV.**

**Background Facts**

5. Plaintiff, Ted Dahl, is developer who owns real property located at 1739 Blue Water Highway in the Village of Surfside Beach. Plaintiff has requested a building permit which was denied based on Ordinance No. 2019-11-01. More specifically, Defendant informed Plaintiff that before a permit would be issued Plaintiff would have to obtain a "wetlands delineation from a qualified coastal geologist or biologists with Army Corp of Engineers permit experience determining boundaries between uplands and wetlands" according to the ordinance. This requirement, and therefore Ordinance No. 2019-11-01, is preempted by federal law regulating wetlands, and more specifically, the Clean Water Act and the regulations adopted pursuant to the Clean Water Act.

**V.**

**Declaratory Relief**

6. Plaintiff sues for a declaratory judgment that that Ordinance No. 2019-11-01 violates Article 6, Clause 2 of the United States Supreme Court because the subject matter of wetland regulation has been preempted by federal legislation. This declaration is necessary for Plaintiff to be able to obtain his building permit without

Unofficial Copy

Defendant's requiring Plaintiff to do things that are regulated by federal wetland regulatory law. In this regard, Plaintiff seeks attorney's fees, costs of court, pre-judgment interest, and post-judgment interest, of $100,000 or less. *See* TEX. R. CIV. P. 47 (c).

**VI.**

**Jury Demand**

7. Plaintiff desires to have a jury decide this case. This request is filed over thirty days before this case has been scheduled for trial. Plaintiffs have paid the jury fee as required by Texas Rule of Civil Procedure 216(b).

**VII.**

**Request for Disclosure**

8. Plaintiff files this request for disclosure pursuant to Rule 194 of the Texas Rules of Civil Procedure. Accordingly, defendant is hereby requested to disclose, within 30 days of service of this request, the information or material described in Rule 194.2(a) – (i) and (k) of the Texas Rules of Civil Procedure.

WHEREFORE, plaintiff, Ted Dahl, requests that defendant, Village of Surfside Beach, be cited to appear and answer, and that on final trial, plaintiff have money judgment against defendant, Village of Surfside Beach, for declaratory judgment that Ordinance No. 2019-11-01 violates Article 6, Clause 2 of the United States Supreme Court because the subject matter of wetland regulation has been preempted by federal legislation; attorney's fees, costs of court;; and all other relief, legal and

Unofficial Copy

equitable, to which plaintiff is justly entitled.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease
Houston, TX 77003
713.247.9548 (office)
713.366.6229 (cell)
thootman2000@yahoo.com

ATTORNEY FOR PLAINTIFF

Unofficial Copy

**EXHIBIT A-3**

Filed for Record
4/30/2020 2:54 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
107599-CV
Sunnye Wingo, Deputy

**BRAZORIA COUNTY DISTRICT CLERK**
**RHONDA BARCHAK**

**Process Request**

# Please Print All Information Clearly & Neatly

**Cause No.** 107599-CV For each party served you must furnish 1 copy of the document(s).

**DOCUMENT(S) TO BE SERVED** Plaintiff's Original Petition

**Name/Business to be Served:**

1. Name Village of Surfside Beach
   Registered Agent (if applicable) City Secretary Amanda Davenport
   Address 1304 Monument Drive
   City, State, Zip Surfside Beach, Texas 77541-9522
2. Name ____
   Registered Agent (if applicable) ____
   Address ____
   City, State, Zip ____

**Service By (check one)**

___ Constable
___ Sheriff
___ Certified Mail **Check One:** ___ Restricted Delivery ___ Non-Restricted Delivery
___ Pickup by whom: ____
___ Return by mail to: ____
✓ Return by e-mail to (**Provide e-mail address):** dolores@acostaprocessservice.com
___ Citation by Publication (**Please fill out the box below**)
___ Citation by Posting at Courthouse Door (**Please fill out the box below**)

☐ Divorce/Family Citation with or without Children
Name and Address of Publication: ____
Relief Request Required: ____
Date of Birth/Place of Birth for Each Child Required: ____

☐ Civil
**As per TRCP 115, attach legal description of property if applicable and state relief requested
Name and Address of Publication: ____
Relief Request Required: ____
Property Description: ____

Notes: ____

**Service Requested by:**

Name Timothy A. Hootman (Printed name) Timothy A. Hootman (Signature)

Phone No. 713-247-9548 Email thootman2000@yahoo.com

Revised 03-06-2019

Unofficial Copy

**EXHIBIT A-4**

**Sunnye Wingo**

**From:** Sunnye Wingo
**Sent:** Wednesday, May 06, 2020 10:06 AM
**To:** 'dolores@acostaprocessservice.com'
**Subject:** 107599-CV
**Attachments:** 107599-CV.pdf

Please find attached the Citation that was requested on 4/30/2020. If you need anything further, please do not hesitate to contact our office. Please make sure when printing all the seals and stamps show up so that the citation is valid.

*Sunnye Wingo*

239th District Civil Court Clerk
Brazoria County District Clerk's Office
979-864-1309 Phone
979-864-1770 Fax

Unofficial Copy

**EXHIBIT A-5**

Service I.D. No. 178291

THE STATE OF TEXAS

CITATION

**Cause No. 107599-CV**
**239th District Court**

FILED At 3:18 o'clock P M.
MAY 19 2020
Clerk of District Court Brazoria Co., Texas
BY ______ DEPUTY

TO: **Village of Surfside Beach**
**By Serving its Registered Agent**
**City Secretary Amanda Davenport**
**1304 Monument Drive**
**Surfside Beach, Texas 77541-9522**

Defendant

NOTICE:

You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Suite 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **239th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **9th day of April, 2020.** It bears Cause No. **107599-CV** and Styled:

**Ted Dahl**
**vs.**
**Village of Surfside Beach**

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Timothy A. Hootman, 2402 Pease, Houston, TX 77003.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition accompanying this Citation.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **6th day of May, 2020.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

Digitally signed by Sunnye Wingo
DN: cn=Sunnye Wingo, o=Brazoria County, ou=District Clerk, email=sunnyew@brazoria-county.com, c=US
Date: 2020.05.06 10:04:24 -05'00'

By ______________________ Deputy
Sunnye Wingo

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS ★

**Original**

Unofficial Copy

Service I.D. No. 178291

THE STATE OF TEXAS CITATION

Return of Service

Cause No. 107599-CV 239th District Court

TED DAHL
VS.
VILLAGE OF SURFSIDE BEACH

Village of Surfside Beach
By Serving its Registered Agent
City Secretary Amanda Davenport
1304 Monument Drive
Surfside Beach, Texas 77541-9522

Came to hand on the 8 day of May, 2020 at 5:00, o'clock P.m., and executed in Brazoria County, Texas by delivering to each of the within named parties in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit: Plaintiff's Original Petition

| NAME | DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURTHOUSE | MILEAGE |
|---|---|---|---|---|
| Village of Surfside Beach Registered Agent City Secretary Amanda Davenport | 5/12/2020 | 3:05 PM | 1304 Monument Dr Surfside Beach, Texas 77541-9522 | |

~~and not executed as to (NAME)~~

and ~~the cause or failure to execute this process is~~ for the following reason:

~~The diligence used in finding said (NAME) being:~~

FEES:
Serving Citation and Copy $
Mileage: miles @ $ per mile $
Total Invoice $ Invoice

Maria D. DelaCerda, ~~Officer~~
Brazoria County, Texas
[signature]
PSC-2994 ~~Deputy~~/Authorized Person EXP 8/31/21

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is Maria D. DelaCerda, my date of birth is 1/14/1974, and my
(First, Middle, Last)
address is 935 Eldridge #283 Sugarland, Texas 77478
(Street, City, State, Zip Code, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Brazoria County, State of Texas, on the 12 day of May, 2020

[signature]
Declarant/Authorized Process Server
2994 8/31/21
(Id No. and expiration of certification)

Unofficial Copy

**EXHIBIT A-6**

Filed for Record
6/8/2020 5:41 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
107599-CV
Sunnye Wingo, Deputy

**No. 107599-CV**

| | | |
|---|---|---|
| **Ted DAHL,** | **§** | **In the District Court of** |
| **Plaintiff,** | **§** | |
| **v.** | **§** | **BRAZORIA COUNTY, TEXAS** |
| | **§** | |
| **VILLAGE of SURFSIDE BEACH,** | **§** | |
| **Defendant.** | **§** | **239th DISTRICT** |

**ANSWER and REQUEST FOR DISCLOSURES**
**OF DEFENDANT VILLAGE OF SURFSIDE BEACH**

Defendant, Village of Surfside Beach, Defendant in this civil action, files its answer.

## I. GENERAL DENIAL

Defendant, under authority of Rule 92 of the Texas Rules of Civil Procedure, denies generally the facts alleged in Plaintiff's Original Petition and demands that Plaintiff prove his allegations by a preponderance of the evidence.

## II. REQUEST FOR JURY TRIAL

Defendant asserts its rights under article I, section 15 of the Texas Constitution and article III, section 2 of the Constitution of the United States, and makes a demand for jury trial more than 30 days before the date this case is set for trial, in accordance with Rule 216 of the Texas Rules of Civil Procedure.

## III. REQUEST FOR DISCLOSURES

Pursuant to Rule 194, Plaintiff is requested to disclose the information or material described in Rule 194.2 within thirty days of service.

Pleading further, Defendant gives actual notice to Plaintiff that any and all documents produced during discovery may be used against Plaintiff at any pre-trial proceeding and/or trial without the necessity of authenticating the document.  This notice is given pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## IV.  REQUEST FOR RELIEF

Defendant, Village of Surfside Beach, requests that Plaintiff, Ted Dahl, take nothing against Defendant, that Defendant recover its costs expended herein, and that Defendant be granted all other further relief to which it may show itself entitled.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By:   /s/ Andrea Chan
Andrea Chan
State Bar No. 04086600
achan@olsonllp.com
2727 Allen Parkway, Suite 600
Houston, Texas 77019

Telephone: (713) 533-3800
Facsimile: (713) 533-3888

**Attorney for Defendant,**
**Village of Surfside Beach**

## CERTIFICATE OF SERVICE

I certify that on the 8th day of June, 2020, a copy of the *Answer and Request for Disclosures of Defendant, Village of Surfside Beach* was electronically filed and was served by transmitting a copy by facsimile and through the electronic filing manager established by the Office of Court Administration via an electronic filing service provider certified by the Office of Court Administration in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure to all counsel of record as follows:

Timothy A. Hootman
2402 Pease
Houston, Texas 77003
thootman2000@yahoo.com
Attorney for Plaintiff, Ted Dahl

*/s/ Andrea Chan*
Andrea Chan

**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TED DAHL,** | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. ____________** |
| **v.** | § | **(JURY DEMANDED)** |
| | § | |
| **VILLAGE OF SURFSIDE BEACH,** | § | |
| **Defendant.** | § | |

**COUNSEL OF RECORD**

Timothy A. Hootman
State Bar No. 09965450
thootman2000@yahoo.com
2402 Pease
Houston, Texas 77003
Telephone: (713) 247-9548 (office)
Telephone: (713) 366-6229 (cell)
Attorney for Plaintiff, Ted Dahl

Andrea Chan
Southern District ID No. 14940
State Bar No. 04086600
achan@olsonllp.com
Allison S. Killian
Southern District ID No. 3203322
State Bar No. 24099785
akillian@olsonllp.com
Olson & Olson LLP
2727 Allen Parkway, Suite 600
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888
Attorney for Defendant, Village of Surfside Beach